

# THE PRINCE GEORGE'S COUNTY GOVERNMENT
## OFFICE OF LAW

**Angela D. Alsobrooks**
**County Executive**

May 3, 2021

Hon. Paul W. Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD  20770

Enrico E. Brown 475-991
MCI – Jessup
7803 House of Correction Road
PO Box 549
Jessup, MD  20794

Jacqueline G. Greiss, Esq.
Patricia H. Beall, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD  21204

Robert P. Scanlon, Esq.
Adams Law Center
25 Wood Lane
Rockville, MD 20850

   Re: *Enrico Brown v. Mary Lou McDonough, et al*
     Case No.: 8:20-cv- 02942-PWG
     Letter – Filing of Substantive Notice

Judge Grimm:

  Pursuant to the Court's Letter Order dated April 19, 2021 (ECF 46), Defendant Mary Lou McDonough intends to file a Motion to Dismiss or Alternatively for Summary Judgment in this matter.

  Initially, Plaintiff's Complaint should be dismissed for failure to state a claim against Defendant McDonough.  Plaintiff notes his suit is against McDonough in her "Individual Capacity." (ECF 1, page 2) The Complaint contains no allegations that McDonough took any action under color of state law which violated any right of the Plaintiff.  See, *e. g., Scheuer v. Rhodes*, 416 U.S. 232 (1974); *Monroe v. Pape*, 365 U.S. 167 (1961).  The Complaint appears to attempt to allege that McDonough is vicariously liable for the actions of Corizon and Aramark

Defendants as she was, at the time of the suit, the "Director of Dept. of Prince George's County, Detention Center." Vicarious liability, however, is inapplicable to actions under §1983. See, e.g., *Monell v. New York City Dept. of Social Servs.,* 436 U.S. 658 (1978); *Ashcroft v. Iqbal*, 566 U.S. 662, 676 (2009). Therefore, Plaintiff has failed to state a claim against Defendant McDonough in her individual capacity.

Additionally, if this Court were to construe the Complaint has being filed against Defendant McDonough in her official capacity, the Complaint should still be dismissed for failure to state a claim. As any allegation against McDonough in her official capacity, liability would rest on constitutional liability of Corizon and Aramark Defendants. As is stated in the Motion to Dismiss and supporting Memorandum filed by Aramark Defendants (ECF 34) and in the Letter re Filing of Substantive Motion filed by Corizon Defendants (ECF 49) Plaintiff has failed to state a claim against any of the contractors working under the supervision of Defendant McDonough. Defendant McDonough incorporates all arguments made by Aramark and Corizon Defendants in this Letter and in any subsequent Motion to be filed.

Plaintiff's Complaint has provided no evidence of any Constitutional violation against McDonough in her individual capacity and has provided no evidence of any Constitutional violation by Aramark or Corizon Defendants to support liability against McDonough in her official capacity. Defendant McDonough cannot, therefore, be liable under a *Monell* theory of liability and cannot be liable under a theory of vicarious liability. Accordingly, Defendant Mary Lou McDonough is entitled to dismissal or, in the alternative, to summary judgment.

Respectfully submitted,

**RHONDA L. WEAVER**
**COUNTY ATTORNEY**

**ANDREW J. MURRAY**
**DEPUTY COUNTY ATTORNEY**

__/s/_____
Carol A. Coderre, Esq. #  21067
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, MD 20774

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of May, 2021, a copy of the foregoing document was electronically transmitted to this Court and mailed, first class, postage pre-paid to:

Enrico E. Brown
#475-991
Maryland Correctional Institution – Jessup
PO Box 549
Jessup, MD  20794
*Plaintiff, Pro Se*

***Via* CM/ECF**
Jacqueline G. Greiss, Esq.
Patricia H. Beall, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
600 Baltimore Avenue, Suite 305
Towson, MD  21204
pbeall@moodlaw.com
jgreiss@moodlaw.com
*Counsel for Corizon Defendants*

Robert P. Scanlon, Esq.
Adams Law Center
25 Wood Lane
Rockville, MD 20850
rscanlon@andersonquinn.com
*Counsel for Aramark and Khan Defendants*

　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　Carol A. Coderre, Esq. #  21067